UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WEN JIAN CHEN, et al.,

                Plaintiff,                    **ORDER**
                                                    14-cv-3435 (LDH)(RM)

            -against-

SHANGHAI TAN RESTAURANT, INC., et al.,

                Defendants.
-----------------------------------------------------------------x
LAShANN DEARCY HALL, United States District Judge:

       On November 10, 2016, United States Magistrate Judge Roanne L. Mann issued a Report and Recommendation recommending that this Court approve the parties' November 4, 2016 Offer of Judgement (ECF Doc. No. 108). The parties were given until November 24, 2016, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Mann's Report and Recommendation in its entirety as the opinion of this Court. The Clerk of the Court is directed to enter judgment in accordance with this order and close the case.

Dated: December 6, 2016                                  SO ORDERED:
       Brooklyn, New York

                                                          s/ LaShann DeArcy Hall
                                                           LAShANN DEARCY HALL
                                                           United States District Judge